IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02600-SKC

K.A.S.,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

## JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [18] filed on November 1, 2023 by the Honorable S. Kato Crews, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED the Commissioner's decision is REVERSED and REMANDED for further proceedings consistent with this opinion. It is

    FURTHER ORDERED that judgment is entered in favor of Plaintiff K.A.S. and against Commissioner, Social Security Administration. It is

    FURTHER ORDERED that Plaintiff is awarded his costs, to be taxed by the Clerk of Court pursuant to Fed. R. Civ. P. 54(d)(1).

    DATED at Denver, Colorado November 1, 2023

    FOR THE COURT:
    Jeffrey P. Colwell, Clerk

    By s/ A. Montoya
    Deputy Clerk