IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02600-SKC

Kyle Anthony Stevens,
    Plaintiff,

v.

Commissioner, Social Security Administration,
    Defendant.

---

ORDER RE: PLAINTIFF'S UNOPPOSED APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

---

THE COURT, being fully advised of the issues and having reviewed the foregoing Unopposed Application for Attorney Fees Under the Equal Access to Justice Act, hereby GRANTS Plaintiff's Application for fees in the amount of $6,163.28. If Plaintiff has no debt registered with the Department of Treasury subject to offset, payment should be made and mailed to Olinsky Law Group.

DONE AND DATED this 15th day of March, 2024.

BY THE COURT:

_____
Honorable S. Kato Crews
United States District Court Judge

1